■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL BROWN, Appellant. [633 NYS2d 968] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered July 12, 1993, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MADDALENA BROWN, Appellant. [633 NYS2d 968] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Pitaro, J.), rendered June 17, 1992, convicting her of assault in the second degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that improper summation comments by the prosecutor and a deficient "interested witness" charge

by the court warrant reversal of his conviction. However, upon our review of the record, we do not find reversible summation error (*see, People v Galloway*, 54 NY2d 396, 401) and we conclude that the court's charge concerning weighing the credibility of witnesses, when read as a whole, was adequate on this record. Moreover, the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Rosenblatt, J. P., Miller, Ritter and Friedmann, JJ., concur.